### Paul J. MCGONAGLE, Petitioner,

v.

### OFFICE OF PERSONNEL MANAGEMENT, Respondent.

### No. 01–3291.

United States Court of Appeals, Federal Circuit.

March 13, 2002.

Before RADER, SCHALL, and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.